UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                            24-CR-541-03 (PAE)

DAJAHN MCBEAN,                                                 SCHEDULING ORDER

                Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- The Government shall file a letter regarding the issues identified regarding defendant McBean's access to discovery at the MDC by **February 11, 2025**.

- Defendant McBean's response shall be filed by **February 14, 2025.**

- The next conference in this case is scheduled for **February 18, 2025** at **9:30 a.m.** The conference will solely concern issues specific to defendant McBean.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: February 5, 2025
       New York, New York