UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24-CR-451-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

An evidentiary hearing on defendant Dajahn McBean's motion to suppress is scheduled for Thursday, April 3, 2025. To assist in preparation, the Court asks the Government, by **April 1, 2025** at **5 p.m.**, to provide the Court with two courtesy hard copies of its (1) exhibits and (2) 3500 material for the hearing, and to file a letter identifying the witness(es) it intends to call and briefly summarizing their anticipated direct testimony. To the extent the defense intends to call witnesses, the same obligation applies to it.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 13, 2025
New York, New York