UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

---

24-CR-541-03 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **October 3, 2025** at **11:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- Oral argument is scheduled for **March 26, 2026** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **March 26, 2026**.

The Court set the following schedule for discovery motions:

- Defense motions shall be due **January 15, 2026**.

- The Government's response shall be due **February 12, 2026**.

- Defendant's reply shall be due **March 2, 2026**.

The Court set the following schedule for death-penalty related motions:

- Defense motions shall be due **September 30, 2025**.
- The Government's response shall be due **November 14, 2025**.
- Defendant's reply shall be due **January 26, 2026**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2025
New York, New York