UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAJAHN MCBEAN,<br><br>                    Defendant. | 24-CR-541-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a sealed *ex parte* letter from the defense requesting the appointment of Anthony Ricco, Esq., as co-counsel for defendant McBean pursuant to the Criminal Justice Act. The Court grants this request, effective, nunc pro tunc, as of July 8, 2025. The defense's letter was properly filed *ex parte* and is to remain under seal and accessible only to defense counsel and the Court.

SO ORDERED.

                                                            _____
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: September 4, 2025
       New York, New York