UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24-CR-541-03 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the next conference in this case is scheduled for **December 15, 2025** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: October 3, 2025
           New York, New York