

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

October 27, 2025

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Dajahn McBean*, 24 Cr. 541 (PAE)

Dear Judge Engelmayer:

    The Government writes to respectfully request that the Court issue an order directing the Probation Office to provide the Government with criminal history records and prison disciplinary records in its possession relating to Defendant Dajahn McBean that were obtained in connection with preparing the presentence investigation reports ("PSRs") for the defendant's prior criminal cases in the Southern District of New York, including *United States v. Dajahn McBean*, 20 Cr. 226 (KPF) and *United States v. Dajahn McBean*, 17 Cr. 216 (RJS). To the Government's knowledge, the Probation Office was able to obtain records relating to the defendant's prior criminal convictions in various state court proceedings, including juvenile delinquency proceedings, youthful offender adjudications, and records from the New York State Department of Corrections and Community Supervision. The Government believes that these records may be relevant and admissible in the sentencing phase of trial in the above-referenced case. Counsel for the defendant consents to this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:     /s/
    Andrew K. Chan / Dominic A. Gentile
    Assistant United States Attorneys
    (212) 637-1072 / 2567

cc:    Counsel of Record (by ECF)