UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24 Cr. 541-3 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received an *ex parte* letter-application from the defense, seeking the Court's approval of an order directing the Bureau of Prisons to produce certain individual and statistical data. The defense letter does not justify why this application is made *ex parte*. On the contrary, the letter states that the Government has opposed similar applications in other cases. The Court will give the defense until March 11, 2026 to explain why the letter-application is properly resolved *ex parte*. If no such letter is by then received, the Court will issue an order directing the defense to docket the letter-application publicly and the Government to promptly respond.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2026
       New York, New York