UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24 Cr. 541-3 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 8, 2025, the Court set a briefing schedule for death-penalty related motions and discovery motions. Dkt. 139. As to the latter, defense motions were due January 15, 2026, the Government's response was due February 12, 2026, and the defense's reply was due March 2, 2026. *Id.* The Court later granted consent motions to adjourn the first two due dates by one week—to January 22 and February 19, 2026, respectively, *see* Dkts. 196, 206, and the parties filed their respective briefs on those dates, *see* Dkts. 200, 210. The defense, however, has not filed a reply, or sought an extension of the deadline in which to do so. And even assuming a one-week extension had been sought and granted for the defense's reply, that deadline has passed. The Court, accordingly, in preparing for the March 26, 2026 argument on the pending motions, treats briefing as to the discovery motion as complete.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2026
       New York, New York