UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24 Cr. 541-3 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The defense publicly filed an amended motion to take discovery from the Bureau of Prisons, bearing on whether defendant Dajahn McBean would pose a danger were he sentenced to life imprisonment. Dkt. 219.[1] The motion appears facially meritorious. In the event the Government opposes the motion in whole or in part, its deadline to do so is Friday, March 20, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 17, 2026
New York, New York

---

[1] The defense had earlier proposed to file substantially the same motion *ex parte* and under seal. Dkt. 215. The Court found that the defense had not justified moving *ex parte*. Dkt. 217. It directed the defense either to (1) justify filing *ex parte*, or (2) file an amended application publicly, with redactions as warranted. *Id.* Because the defense has now publicly filed its amended motion (without any redactions), the Court deems the defense's *ex parte* request withdrawn.