UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAJAHN MCBEAN,

Defendant.

24-CR-541-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the parties' jointly proposed schedule of pretrial dates in this case, in which trial is scheduled to begin on January 18, 2028. *See* Dkt. 255. The Court is not yet prepared to set a schedule for the dates relating to the jury selection process, pending receipt of certain administrative information and guidance from the Clerk of Court bearing on this process. However, the Court approves the dates in the proposed schedule that cover through the end of 2026. The Court will issue a further order as to the schedule in due course.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2026
New York, New York